R. C. Langan, appellee, v. Frank Lovell and G. P. Lamberton, appellants. Gen. No. 31,314.

Assumpsit on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

John S. Charone, for appellants. John S. Hummer, for appellee; Cyrus Heren, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

A. O. Elting, appellant, v. Arex Company et al., appellees. Gen. No. 31,373.

Bill for discovery and accounting. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

George J. Gilbert, for appellant. Silber, Isaacs, Silber & Woley, for appellees; Clarence J. Silber, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Preston W. Hardin et al., trading as Hardin, Hamilton & Lewman, appellants, v. Sam Veldkamp, appellee. Gen. No. 31,446.

Trover for conversion of goods delivered on contract. Judgment for plaintiff on part of claim; plaintiff appeals. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

S. T. Sutton and Robert A. Meier, Jr., for appellants. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Otto Bach and Otto A. Boedeker, appellees, v. Nathenia Pattee, appellant. Gen. No. 31,488.

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed February 7, 1927.

Grace H. Harte and T. G. Vance, for appellant. No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Rembrandt Lamp Corporation, appellee, v. William Abrams et al., appellants. Gen. No. 31,628.

Bill to restrain attempts to lure complainant's employees from their work. Interlocutory order granting injunction. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed March 1, 1927.

H. J. Rosenberg and Morris Kompel, for appellants. Tannenbaum & Polikoff, for appellee.

Mr. Justice Johnston delivered the opinion of the court.